IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MARCO A. AVALOS, <br><br> Defendant. | 8:18CR311 <br><br> ORDER |

This matter is before the court on the defendant's Unopposed Motion to Continue Trial [32]. The parties are engaged in plea discussion and need additional time to resolve potential guideline issues. For good cause shown,

**IT IS ORDERED** that the defendant's Unopposed Motion to Continue Trial [32] is granted as follows:

1. The jury trial, now set for July 9, 2019, is continued to **July 30, 2019**.

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and July 30, 2019** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated this 18th day of June 2019.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge